# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM ASH,

   Plaintiff,

       v.

WARDEN ROBERT KARNES, *et al.*,

   Defendants.

NO. 3:18-CV-0325

(JUDGE CAPUTO)

## ORDER

**NOW**, this 17th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 14) filed by Lebanon County Defendants is **GRANTED**.

(2) The claims against Defendants Karnes and Hawk are **DISMISSED with prejudice**.

(3) The negligence claim is **DISMISSED with prejudice**.

(4) The request for punitive damages against Lebanon County Defendants in their official capacities is **DISMISSED with prejudice**.

(5) Lebanon County Defendants shall file an Answer to the Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge