IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ASH,<br>    Plaintiff,<br><br>v.<br><br>WARDEN ROBERT KARNES, *et al.*,<br>    Defendants. | Civil Action No. 3:18-CV-0325<br><br>The Honorable John E. Jones, III |

## ORDER

### OCTOBER 26, 2020

NOW THEREFORE, upon consideration of Lebanon County Defendants' motion for summary judgment, Doc. 25, it is hereby ORDERED that:

1. The Lebanon County Defendants' motion for summary judgment (Doc. 25) is **GRANTED**.

2. Plaintiff's claims against Defendant Slaughter are **DISMISSED** pursuant to Fed. R. Civ. P. 4(m).

3. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff.

4. The Clerk of Court shall mark this matter **CLOSED**.

s/ John E. Jones III<br>
John E. Jones III, Chief Judge<br>
United States District Judge<br>
Middle District of Pennsylvania